UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANDRES GARCIA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024

1:15-cr-321-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 19, 2017 the defendant was sentenced principally to a term of imprisonment of 286 months.

On April 9, 2024 the defendant filed a motion (the "Motion") requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Dkt. No. 504. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

The Court has considered the record in this case, and the Motion, pursuant to 18 U.S.C. § 3582(c)(2).

It is hereby ORDERED that the defendant is ineligible for this reduction because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence and because he received an adjustment under U.S.S.G. § 3B1.1, precluding him from the zero-point offender offense level reduction. As a result, the Motion is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 504, and to mail a copy of this order, together with the Court's order filed at Dkt. No. 506, to Mr. Garcia by first class mail.

SO ORDERED.

Dated: June 18, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge